# Third District Court of Appeal

**State of Florida**

Opinion filed April 15, 2015.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D15-168
Lower Tribunal No. 08-29237
_____

**William E. Lovett,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Monica Gordo, Judge.

William E. Lovett, in proper person.

Pamela Jo Bondi, Attorney General, and Jeffrey R. Geldens, Assistant Attorney General, for appellee.

Before WELLS, EMAS and SCALES, JJ.

PER CURIAM.

We affirm the trial court's denial of appellant's motion for post-conviction relief filed pursuant to Florida Rule of Criminal Procedure 3.850. However, as to the issue raised in claim six of appellant's motion (and on appeal), we affirm without prejudice to the filing of a legally sufficient motion pursuant to Florida Rule of Criminal Procedure 3.800(a).

EMAS and SCALES, JJ., concur.

WELLS, Judge (specially concurring).

Concurs in affirming the order denying appellant Lovett's Rule 3.850 motion.